138 P.3d 894 (2006)
206 Or. App. 718
Kathryn R. BAKER, Appellant,
v.
CITY OF LAKESIDE, Respondent.
04CV0381; A128181.
Court of Appeals of Oregon.
Argued and Submitted May 24, 2006.
Decided July 5, 2006.
Robert K. Udziela, Portland, argued the cause and filed the briefs for appellant.
Gerald L. Warren, Salem, argued the cause and filed the brief for respondent.
Before HASELTON, Presiding Judge, and ARMSTRONG and ROSENBLUM,[*] Judges.
PER CURIAM.
Affirmed. O'Brien v. State of Oregon, 104 Or.App. 1, 799 P.2d 171 (1990), rev. dismissed, 312 Or. 672, 826 P.2d 633 (1992); *895 Lawson v. Coos Co. Sch. Dist. # 13, 94 Or. App. 387, 765 P.2d 829 (1988).
NOTES
[*] Rosenblum, J., vice Richardson, S.J.